IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


ANTHONY JACKSON,                                CV 06-1477-HU

    Petitioner                          ORDER

    v.

CHARLES A DANIELS, Warden

    Defendants.

MARSH, Judge:

    On May 22, 2007, Magistrate Judge Hubel issued a Findings and Recommendation (doc. 16) that petitioner's amended Petition for Writ of Habeas Corpus (#15) should be denied and that this proceeding should be dismissed. Petitioner has filed timely objections and the matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b) on de novo review. See 28 U.S.C. § 636(b)(1)(C); Bhan v. NME Hospitals, Inc., 929 F.2d 1404, 1415 (9th Cir. 1991).

1 - ORDER

I find no error in the Findings and Recommendation and I adopt them as my own. Petitioner's amended Petition for Writ of Habeas Corpus (doc. 15) is **DENIED.**

IT IS SO ORDERED.

DATED this  5   day of July, 2007.


　　　　　　　　　　　　　　　　　　 /s/   Malcolm F. Marsh
　　　　　　　　　　　　　　　　　　Malcolm F. Marsh
　　　　　　　　　　　　　　　　　　United States District Judge

2 - ORDER